HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TORIBIO CRUZ-GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00225 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| vs. | |
| TORIBIO CRUZ-GALVAN, | Date:   January 20, 2015<br>Time:   1:00 p.m. |
| Defendant. | Judge: Sheila K. Oberto |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, TORIBIO CRUZ-GALVAN, that the status conference hearing currently set for December 15, 2014, **may be continued to January 20, 2015**.

The requested continuance is necessary to allow for further defense investigation.  This continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 10, 2014        By /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


DATED: December 10, 2014        By /s/ Janet Bateman
                                JANET BATEMAN
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Toribio Cruz Galvan


**O R D E R**

Pursuant to the parties' stipulation, the status conference hearing currently set for December 15, 2014, **is continued to January 20, 2015**. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:   **December 11, 2014**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

Cruz-Galvan/Stipulation to Continue Hearing        -2-