BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>TORIBIO CRUZ-GALVAN,<br><br>               Defendant. | CASE NO.   1:14CR00225 LJO SKO<br><br>STIPULATION REGARDING ADVANCEMENT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, a status conference was set in this matter for May 4, 2015, at 1:00 p.m. before the Magistrate Court.

2. The defendant has now signed a plea agreement and the parties wish to advance the matter for a change of plea on April 20, 2015, at 8:30 a.m.

////

////

////

1

IT IS SO STIPULATED.

DATED: April 10, 2015.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: April 10, 2015.

/s/ Janet Bateman
JANET BATEMAN
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 13, 2015**         **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2