1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JANET BATEMAN, Bar #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   TORIBIO CRUZ-GALVAN

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:14-cr-00225 LJO-SKO-1
                                     )
12            Plaintiff,             )  STIPULATION TO CONTINUE
                                     )  SENTENCING HEARING AND
13  vs.                              )  ORDER THEREON
                                     )
14  TORIBIO CRUZ-GALVAN,             )  Date:   August 3, 2015
                                     )  Time:  8:30 a.m.
15            Defendant.             )  Judge: Lawrence J. O'Neill
                                     )
16  _____ )

17

18        IT IS HEREBY STIPULATED by the parties, through their respective counsel, KAREN

19  A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN,

20  Assistant Federal Defender, counsel for defendant, TORIBIO CRUZ-GALVAN, that the

21  sentencing hearing currently set for July 20, 2015, **may be continued to August 3, 2015**.

22        The requested continuance is due to a change in defense counsel's schedule.  The

23  government has no objection to the requested continuance.  As this is a sentencing hearing, no

24  exclusion of time is necessary under the Speedy Trial Act.

25  //

26  //

27  //

28  //

1

Respectfully submitted,

2

BENJAMIN B. WAGNER
United States Attorney

3

4    DATED: July 6, 2015

By */s/ Karen A. Escobar*
KAREN A. ESCOBAR

5

Assistant United States Attorney
Attorney for Plaintiff

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9    DATED: July 6, 2015

By */s/ Janet Bateman*
JANET BATEMAN

10

Assistant Federal Defender
Attorneys for Defendant

11

Toribio Cruz Galvan

12

13

14

15                          **O R D E R**

16   Light on the good cause. This time, granted.

17

18   IT IS SO ORDERED.

19      Dated:   **July 7, 2015**                **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Cruz-Galvan/Stipulation to Continue              -2-
Sentencing Hearing